Joseph R. Manning, Jr., Esq.  (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Craig G. Cote. Esq. (State Bar No. 132885)
ADAPracticeGroup@manninglawoffice.com
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Tel: 949.200.8755
Fax: 866.843.8308

*Attorneys for Plaintiff*
CARMEN JOHN PERRI

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PHUKET THAI RESTAURANT, a business of unknown form; JULIE COFFIN, Trustee of THE 1979 EHRLICH INVESTMENT TRUST; and Does 1-10,<br><br>Defendants. | **Case No. 2:18-cv-04785-JAK-KS**<br><br>Hon. John A. Kronstadt<br><br>**STIPULATION TO SET ASIDE ENTRY OF DEFAULT AND JUDGMENT**<br><br>Complaint Filed: July 30, 2018<br>Trial Date: None |

STIPULATION TO SET ASIDE ENTRY OF DEFAULT AND JUDGMENT

Plaintiff CARMEN JOHN PERRI ("Plaintiff"), and MORT LASKI, Trustee of THE 1979 ENRLICH INVESTMENT TRUST (erroneously sued as JULIE COFFIN, Trustee of THE 1979 EHRLICH INVESTMENT TRUST) jointly stipulate to vacate the entry of default and a default judgment against Defendant JULIE COFFIN, Trustee of THE 1979 ENRLICH INVESTMENT TRUST ordered on December 17, 2018, based on the parties' dispute over service of the Complaint and the identity of the Trustee of THE 1979 ENRLICH INVESTMENT TRUST, and to conserve the resources of the parties and the Court.  The parties stipulate that the August 30, 2018, entry of default and the December 17, 2018, default judgment against JULIE COFFIN be set aside.

IT IS HEREBY SO STIPULATED.

Respectfully submitted,

DATED : January 3, 2019          **MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
Joseph R. Manning, Jr.
Attorney for Plaintiff
Carmen John Perri

1
STIPULATION TO SET ASIDE ENTRY OF DEFAULT

Respectfully submitted,

DATED : January 3, 2019          **Gold Law APC**

By: _/s/ F, James Feffer_
     F. James Feffer
     Attorneys for MORT LASKI
     (erroneously sued as Defendant
     JULIE COFFIN), Trustee of
     THE 1979 ENRLICH
     INVESTMENT TRUST


## CERTIFICATE OF SERVICE

I certify that on January 3, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: January 3, 2019          **MANNING LAW, APC**

By:    _/s/ Joseph R. Manning, Jr., Esq._
       Joseph R. Manning, Jr., Esq.
       Attorney for Plaintiff,
       Carmen John Perri

2
STIPULATION TO SET ASIDE ENTRY OF DEFAULT